FILED

03/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0167



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0167

BRANDY J. ABSHER,

    Petitioner,

v.

THE HONORABLE JUDGE RANDALL I.
SPAULDING,
Fourteenth Judicial Court, Musselshell County,

    Respondent.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED March 18, 2024.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court